CEM

**FILED**
**FEBRUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1081**

A CERTIFIED TRUE COPY
ATTEST

By Bonita Bagley on Feb 14, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Feb 14, 2008

FILED
CLERK'S OFFICE

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Victor H. Sanchez v. Argent Mortgage Co., LLC,
C.D. California, C.A. No. 8:07-984   )
)   MDL No. 1715

**JUDGE ASPEN**

### TRANSFER ORDER

**Before the entire Panel**: Plaintiff in this Central District of California action moves, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate our order conditionally transferring the action to the Northern District of Illinois for inclusion in MDL No. 1715. Lone defendant Argent Mortgage Co., LLC (Argent) opposes the motion.

After reviewing the argument of counsel, we find that this action involves common questions of fact with the actions in this litigation previously transferred to the Northern District of Illinois, and that transfer of this action to the Northern District of Illinois for inclusion in MDL No. 1715 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We further find that transfer of this action is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Northern District of Illinois was a proper Section 1407 forum for actions concerning allegedly predatory lending practices by Ameriquest, or a related entity, in soliciting and closing residential mortgage transactions. *See In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, 408 F.Supp.2d 1354 (J.P.M.L. 2005).

Plaintiff argues against transfer, *inter alia*, that unique questions of fact predominate over any common questions of fact between his action and the actions in the transferee district. We are unpersuaded by this argument. Regardless of the differences in legal theory, the discrimination claims in the present action similarly arise from alleged predatory lending practices by Argent, one of the defendants in MDL No. 1715. Moreover, claims that certain defendants unlawfully discriminated on the basis of race in the terms and conditions of loan contracts are included in a class action complaint pending in MDL No. 1715 and overlap with the claims in the putative nationwide class action before us.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Marvin E. Aspen for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: FEBRUARY 27, 2008

- 2 -

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

D. Lowell Jensen          J. Frederick Motz
Robert L. Miller, Jr.     Kathryn H. Vratil
David R. Hansen           Anthony J. Scirica