CEM

**FILED**
FEBRUARY 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1081**

A CERTIFIED TRUE COPY
ATTEST

By Bonita Bagley on Feb 14, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Feb 14, 2008

FILED
CLERK'S OFFICE

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Victor H. Sanchez v. Argent Mortgage Co., LLC,
C.D. California, C.A. No. 8:07-984

)
)

JUDGE ASPEN

MDL No. 1715

**TRANSFER ORDER**

**Before the entire Panel:** Plaintiff in this Central District of California action moves, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate our order conditionally transferring the action to the Northern District of Illinois for inclusion in MDL No. 1715. Lone defendant Argent Mortgage Co., LLC (Argent) opposes the motion.

After reviewing the argument of counsel, we find that this action involves common questions of fact with the actions in this litigation previously transferred to the Northern District of Illinois, and that transfer of this action to the Northern District of Illinois for inclusion in MDL No. 1715 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We further find that transfer of this action is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Northern District of Illinois was a proper Section 1407 forum for actions concerning allegedly predatory lending practices by Ameriquest, or a related entity, in soliciting and closing residential mortgage transactions. *See In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, 408 F.Supp.2d 1354 (J.P.M.L. 2005).

Plaintiff argues against transfer, *inter alia*, that unique questions of fact predominate over any common questions of fact between his action and the actions in the transferee district. We are unpersuaded by this argument. Regardless of the differences in legal theory, the discrimination claims in the present action similarly arise from alleged predatory lending practices by Argent, one of the defendants in MDL No. 1715. Moreover, claims that certain defendants unlawfully discriminated on the basis of race in the terms and conditions of loan contracts are included in a class action complaint pending in MDL No. 1715 and overlap with the claims in the putative nationwide class action before us.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Marvin E. Aspen for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: FEBRUARY 27, 2008

- 2 -

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| D. Lowell Jensen | J. Frederick Motz |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica |



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | | SOUTHERN DIVISION |
|---|---|---|
| 312 North Spring Street, Room G-8 | | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | | (714) 338-4750 |

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

March 3, 2008

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Clerk, U.S. Courthouse
Northern District of Illinois, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

Re: MDL  1715          In Re:  Ameriquest Mortgage Co. Mortgage Lending Practices

Transfer of our Civil Case No.  8:07-CV-984-CJC(RNBx)

Case Title:  VICTOR H. SANCHEZ V. ARGENT MORTGAGE COMPANY LLC

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with a copy of the order and a certified copy of the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By  Ramona La Chapelle
    Deputy Clerk

DOCKETED ON CM
MAR - 3 2008
BY _____ 178

cc:  *All counsel of record*
     *Clerk, MDL Panel*

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and, if not already assigned, we have assigned this matter the following case number: _____.

Clerk, U.S. District Court

By _____
   Deputy Clerk

CV-117 (5/00)            TRANSMITTAL LETTER - MDL CASE TRANSFER OUT

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Southern Division - Santa Ana)
CIVIL DOCKET FOR CASE #: 8:07-cv-00984-CJC-RNB

| | |
|---|---|
| Victor H Sanchez v. Argent Mortgage Company LLC | Date Filed: 08/21/2007 |
| Assigned to: Judge Cormac J. Carney | Date Terminated: 03/03/2008 |
| Referred to: Magistrate Judge Robert N. Block | Jury Demand: Plaintiff |
| Cause: 42:405 Fair Housing Act | Nature of Suit: 443 Civil Rights: Accommodations |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Victor H Sanchez**     represented by **Andrew S Friedman**
Bonnett Fairbourn Friedman & Balint
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
602-274-1100
Email: afriedman@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J Stoia, Jr**
Coughlin Stoia Geller Rudman and Robbins LLP
655 West Broadway Suite 1900
San Diego, CA 92101
619-231-1058
Email: johns@csgrr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A Chavez, .**
Chavez & Gertler
42 Miller Ave
Mill Valley, CA 94941
415-381-5599
Email: mark@chavezgertler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore J Pintar**
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423



I hereby attest and certify on 3-3-08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1079

        Email: tedp@lcsr.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Wendy J Harrison**
Bonnett Fairbourn Friedman & Balint
2901 N Central Ave, Ste 1000
Phoenix, AZ 85022
602-274-1100
Email: wharrison@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie Hurst**
Coughlin Stoia Geller Rudman and Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058
Email: leslieh@csgrr.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Argent Mortgage Company LLC**    represented by    **Wendy J Harrison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2007 | 1 | COMPLAINT against defendant Argent Mortgage Company LLC; (Filing fee $ 350 paid); Jury Demanded; filed by plaintiff Victor H Sanchez.(esa) (Entered: 09/06/2007) |
| 08/21/2007 |   | Twenty day summons issued re Complaint - (Discovery)[1] as to Argent Mortgage Company LLC. (esa) (Entered: 09/06/2007) |
| 08/21/2007 | 2 | Certification and Notice of Interested Parties filed by Plaintiff Victor H Sanchez. (esa) (Entered: 09/06/2007) |
| 09/11/2007 | 3 | STIPULATION between plaintiff and defendants giving Argent a two-week Extension to File response to plaintiff's initial complaint filed by defendant Argent Mortgage Company LLC.(vm) (Entered: 09/24/2007) |
| 09/19/2007 | 5 | APPLICATION OF ANDREW S. FRIEDMAN, NON-RESIDENT ATTORNEY, FOR LEAVE TO APPEAR PRO HAC VICE. FEE PAID, filed by Plaintiff Victor H. Sanchez. (te) (Entered: 09/28/2007) |
| 09/26/2007 | 6 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case by Andrew S. Friedman as counsel for Plaintiff Victor H Sanchez, designating Mark Chavez as local counsel. Fee PAID. |

| | | |
|---|---|---|
| | | Approved by Judge Cormac J. Carney.(rla) (Entered: 10/05/2007) |
| 09/27/2007 | 4 | STIPULATION AND ORDER by Judge Cormac J. Carney: FOR STAY OF Action Pending Outcome of MDL Panel's decision to Remove this Lawsuit to Pending Multidistrict Litigation; 1) The lawsuit is stayed until MDL Panel rules upon whether it will become part of the Ameriquest MDL Case, and no discovery, motions, or other matters shall proceed; 2) Should the MDL Panel determine that this lawsuit shall remain in this Court in the Central District of California and shall not be transferred to become part of the Ameriquest MDL Case, the Parties shall meet and confer and submit a Proposed Scheduling Order to this Court within 20 days of the MDL Panel's decision not to make this lawsuit part of the Ameriquest MDL Case. Case stayed.(rla) (Entered: 09/28/2007) |
| 10/04/2007 | 7 | NOTICE OF FIRM NAME CHANGE: Changing firm name to COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP for attorneys John J. Stoia, Jr. and Theodore J. Pintar. The addresses, telephone and facsimile numbers will remain the same; filed by Plaintiff Victor H. Sanchez. (tc) (Entered: 10/11/2007) |
| 10/04/2007 | 8 | NOTICE of Opposition to Transfer filed by plaintiff Victor H Sanchez. (ad) (Entered: 10/17/2007) |
| 10/04/2007 | 9 | CERTIFICATE OF SERVICE filed by plaintiff Victor H Sanchez, re Notice of Opposition [8] served on 10/4/07. (ad) (Entered: 10/17/2007) |
| 01/30/2008 | 10 | NOTICE of Appearance filed by attorney Leslie Hurst on behalf of Plaintiff Victor H Sanchez (Hurst, Leslie) (Entered: 01/30/2008) |
| 02/26/2008 | 11 | NOTICE of Change of Attorney Information for attorney John J Stoia, Jr counsel for Plaintiff Victor H Sanchez. Changing e-mail to johns@csgrr.com. Filed by Plaintiff Victor Sanchez (Stoia, John) (Entered: 02/26/2008) |
| 03/03/2008 | 12 | MDL TRANSFER ORDER re MDL No. 1715 to the Northern District of Illinois. (rla) (Entered: 03/03/2008) |
| 03/03/2008 | 13 | Transfer Out Transmittal Letter. A certified copy of the docket sheet and complaint sent to USDC Northern District of Illinois at IL on 3/03/08. (rla) (Entered: 03/03/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/03/2008 12:31:32 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:07-cv-00984-CJC-RNB |
| Billable Pages: | 3 | Cost: | 0.24 |